**William G. Howson, appellee, v. Mrs. Eva Dowling, appellant.  Gen. No. 27,598.**
Proceeding in forcible entry and detainer.  Judgment for plaintiff.
Appeal from the Municipal Court of Chicago; the Hon. Hosea W.
Wells, Judge, presiding.  Heard in the Branch Appellate Court at
the March term, 1922.  Affirmed.  Opinion filed April 11, 1923.
Daniel S. Wentworth and David B. Maloney, for appellant.  No
appearance for appellee.
Mr. Presiding Justice Thomson delivered the opinion of the court.

---

**George B. Norris, appellee, v. Paul Zakos and James Chimburis, appellants.  Gen. No. 27,611.**
Forcible entry and detainer proceeding for possession of garage
and barn.  Judgment for plaintiff.  Appeal from the Municipal Court
of Chicago; the Hon. Bernard P. Barasa, Judge, presiding.  Heard in
the Branch Appellate Court at the March term, 1922.  Affirmed.
Opinion filed April 11, 1923.
Richard Hill, Jr., for appellants. ' Eugene D. Sullivan and P. B.
Smith, for appellee.
Mr. Presiding Justice Thomson delivered the opinion of the court.

---

**Irving G. Zazove, appellee, v. Yellow Cab Company, appellant.
Gen. No. 27,640.**
Action by attorney to recover fee in personal injury case from de-
fendant, which had settled with his client without his knowledge.
Judgment for plaintiff.  Appeal from the Municipal Court of Chicago;
the Hon. Hosea W. Wells, Judge, presiding.  Heard in the Branch
Appellate Court at the March term, 1922.  Affirmed.  Opinion filed
April 11, 1923.
Moloney & Postelnek, for appellant.  Irving G. Zazove, pro se.
Mr. Presiding Justice Thomson delivered the opinion of the court.

---

**Chester Grobarek, by Michael Grobarek, appellee, v. Quality Wet
Wash Laundry, appellant.  Gen. No. 27,650.**
Motion to vacate a judgment by default in favor of plaintiff for
personal injuries sustained by being struck by automobile truck.
Judgment for plaintiff.  Appeal from the Circuit Court of Cook coun-
ty; the Hon. Frank Johnston, Jr., Judge, presiding.  Heard in the
Branch Appellate Court at the March term, 1922.  Affirmed.  Opinion
filed April 11, 1923.  Certiorari denied by Supreme Court (making
opinion final).
Thomas H. Murray, for appellant.  Harry O. Rosenberg and
Magnus B. Rosenberg, for appellee.
Mr. Presiding Justice Thomson delivered the opinion of the court.